IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN M. SALZMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES PATENT & TRADEMARK OFFICE | : | NO. 14-5919 |

## ORDER

AND NOW, this 24th day of October, 2014, upon consideration of plaintiff Stephen M. Salzman's motion to proceed *in forma pauperis*, his *pro se* complaint, and his motion for counsel, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for the reasons stated in the Court's memorandum.

3. The motion for appointment of counsel is DENIED.

4. The Clerk of Court shall CLOSE this case.

BY THE COURT:

GENE E.K. PRATTER, J.